PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
9/8/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM DEPUTY

**DOCKET NUMBER** *(Transferring Court)*
CR-21-00409-001-PHX-SPL

**DOCKET NUMBER** *(Receiving Court)*
2:25-cr-00274-CDS-NJK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Tyrone Thomas Demps | District of Arizona | 2: Phoenix |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Steven P. Logan, US. District Court |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 12/22/2023 | 12/21/2026 |

**OFFENSE**

Violating Title 18, U.S.C. §1341, Mail Fraud, a Class C Felony offense, as charged in Count 1 of the Indictment.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The District of Nevada is requesting a transfer of jurisdiction as Demps has no intention of returning to the District of Arizona.

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Tyrone Thomas Demps, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/5/2025
Date

*signature*
The Honorable Steven P. Logan
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 10, 2025
Effective Date

*signature*
Cristina D. Silva, United States District Judge